UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LINDSAY GARCIA, ET AL** | **CIVIL DOCKET NO. 3:26-cv-01528** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JEFF LANDRY, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Upon the Court's consideration of the Plaintiffs' NOTICE OF RELATED CASE AND MOTION FOR CONSOLIDATION WITH *CALLAIS V. LANDRY*, NO. 3:24-CV-00122-DCJ-CES-RRS, UNDER FEDERAL RULE OF CIVIL PROCEDURE 42(a) AND W.D. LA. LOCAL RULE 3.1 (the "Motion") [Doc. 36] and the Opposition filed by Defendants Jeff Landry and Elizabeth B. Murrill [Doc. 44],

IT IS HEREBY ORDERED THAT the Motion is DENIED.

THUS, DONE AND SIGNED in Chambers on this 15th day of June 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE